1  HEATHER E. WILLIAMS, CA SBN 122664
   Federal Defender
2  HOPE ALLEY, CA SBN 314109
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   RICHARD L. PRICE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 5:18-po-00264-JLT |
|---|---|
| *Plaintiff*, | ) |
| vs. | ) DEFENDANT'S MOTION TO CONTINUE |
| | ) STATUS CONFERENCE HEARING; |
| RICHARD L. PRICE, | ) [PROPOSED] ORDER |
| *Defendant*. | ) |

Defendant Richard L. Price, by and through his counsel, Assistant Federal Defender Hope Alley, hereby moves to continue the status conference set for December 4, 2018 at 9:00 a.m., to February 5, 2018 at 9:00 a.m.

Mr. Price is requesting the continuance to allow the parties to continue negotiating for an appropriate resolution. The parties are hopeful that by early February, the case will be able to proceed either with a change of plea or a trial setting.

Dated: November 27, 2018        HEATHER E. WILLIAMS
                                Federal Defender


                                */s/ Hope Alley*
                                HOPE ALLEY
                                Assistant Federal Defender
                                Attorney for Defendant
                                RICHARD L. PRICE

# **O R D E R**

**IT IS SO ORDERED.** Status Conference is continued to February 5, 2018 at 9:00 a.m.

IT IS SO ORDERED.

Dated: **November 27, 2018**           **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE