HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
RICHARD PRICE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:18-po-00264-JLT |
|---|---|
| Plaintiff, | STIPULATION TO MODIFY TERM OF PROBATION PURSUANT TO 18 U.S.C. § 3563(C) AND; ORDER |
| vs. | |
| RICHARD PRICE, | |
| Defendant. | |

The parties, through their respective counsel, William Taylor, Special Assistant United States Attorney, counsel for plaintiff, and Matthew Lemke, Assistant Federal Defender, counsel for Defendant Richard Price, hereby move pursuant to 18 U.S.C. § 3563(c) to modify Richard Price's probation. Pursuant to its sentencing order, this Court previously ordered Mr. Price to pay a $2,765 monetary fine and a $30.00 processing fee. ECF No. 9. In light of Mr. Price's difficult financial situation, the parties stipulate that Mr. Price's monetary penalty be converted to a sum of 280 community service hours, to be completed by December 1, 2020. Additionally, the parties request that Mr. Price's unsupervised probation be extended and set to expire on December 31, 2020. Lastly, the parties ask the Court to continue the February 4, 2020, review hearing to December 1, 2020.

//

//

|   |                        | Respectfully submitted, |
|---|------------------------|-------------------------|

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Date: January 28, 2020                  /s/ *Matthew Lemke*
                                        MATTHEW LEMKE
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        RICHARD PRICE


                                        MCGREGOR W. SCOTT
                                        United States Attorney

Date: January 28, 2020                  */s/ William Taylor*
                                        WILLIAM TAYLOR
                                        Special Assistant United States Attorney
                                        Attorney for Plaintiff

## [PROPOSED] ORDER

Though the parties have stipulated to modify probation, they fail to provide the basis for it. The stipulation refers to Mr. Price's "difficult financial situation," but, seemingly, his situation was "difficult" at the time he entered into the plea agreement and yet he must have felt he could pay the sum agreed upon at that time. The stipulation fails to provide any information about how his circumstances have changed, when they have changed, why he waited until the eve of the status conference to report that he cannot afford to pay or what, exactly, is his "difficult financial situation." Consequently, the stipulation is **DENIED**. As previously ordered, Mr. Price **SHALL** appear at the status conference set on February 4, 2020.

IT IS SO ORDERED.

Dated: **January 29, 2020**            **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE