1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MATTHEW LEMKE, D.C. Bar #1023347
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, CA  93721
4  Telephone: (559) 487-5561
   Fax: (559) 487-5950
5
   Attorney for Defendant
6  RICHARD PRICE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>RICHARD PRICE,<br><br>  Defendant. | Case No.  5:18-po-00264-JLT<br><br>AMENDED STIPULATION TO MODIFY TERM OF PROBATION PURSUANT TO 18 U.S.C. § 3563(C) AND; [~~PROPOSED~~] ORDER |

The parties, through their respective counsel, William Taylor, Special Assistant United States Attorney, counsel for plaintiff, and Matthew Lemke, Assistant Federal Defender, counsel for Defendant Richard Price, hereby move pursuant to 18 U.S.C. § 3563(c) to modify Richard Price's probation. Pursuant to its sentencing order, this Court previously ordered Mr. Price to pay a $2,765.00 monetary fine and a $30.00 processing fee.  ECF No. 9.

Since he was sentenced, Mr. Price was laid off by his employer.  Although Mr. Price has recently secured a new position, the gap in his employment imposed a significant strain on his financial stability.  In light of the strain caused by Mr. Price's period of unemployment, the parties respectfully request that the Court modify the terms of Mr. Price's probation as follows:

1) Mr. Price's term of probation is extended and set to expire on December 31, 2020;

2) Mr. Price is ordered to complete 280 community service hours by December 1, 2020;

3) Mr. Price's $2,765.00 monetary fine is vacated;

4) the February 4, 2020, probation review hearing is continued to December 1, 2020.

Once Mr. Price notified defense counsel of his employment status, the aforementioned community service proposal was devised at the beginning of January 2020. The timeliness of the initial stipulation to modify (ECF No. 10) and this amended stipulation should not be attributed to Mr. Price, but rather, to defense counsel's schedule and caseload.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 30, 2020 /s/ *Matthew Lemke*
MATTHEW LEMKE
Assistant Federal Defender
Attorney for Defendant
RICHARD PRICE

MCGREGOR W. SCOTT
United States Attorney

Date: January 30, 2020 */s/ William Taylor*
WILLIAM TAYLOR
Special Assistant United States Attorney
Attorney for Plaintiff

Price, R [5:18-po-00264-JLT]
Stip. Modify Probation

# [~~PROPOSED~~] ORDER

The Court notes that the defendant had no job at the inception of his case and reported he was a fulltime student. He swore under oath that the only support was financial aid and food stamps (presumably issued to his girlfriend with whom he lived for the benefit of his child). Counsel reports that since sentencing, Mr. Price lost his job and, despite obtaining another one, and this caused such a financial burden, that he cannot meet the terms of the plea. Seemingly, then, within the few months between his initial appearance and sentencing, he obtained a job and lost it again, and, presumably, lost his financial aid and did not regain food stamps for his child. Counsel offers no explanation as to when this occurred[1], or why Mr. Price waited until nearly the end of his probationary period to report this change of circumstance. In any event, the Court **ORDERS** Mr. Price's term of probation to be modified as follows:

1. The defendant SHALL complete 280 hours community by December 1, 2020. Mr. Price SHALL complete at least 28 hours of community service per month until it is completed.;

2. The previously ordered financial penalty in the amount of $2,6765 is vacated though the defendant SHALL pay the $30 special assessment within 30 days of the date of this order;

3. Mr. Price's term of unsupervised probation is extended and set to expire on December 31, 2020. **Within 90 days and every 90 days thereafter**, counsel for the defendant SHALL file a status report detailing Mr. Price's payment of the special assessment and detailing his completion of community service;

///
///
///
///
///

---

[1] Or, for that matter, he offers no admissible evidence supporting Mr. Price's account.
Price, R [5:18-po-00264-JLT]
Stip. Modify Probation

4. The probation review hearing is continued from February 4, 2020, to December 1, 2020 at 9:00 a.m. If any portion of the defendant's probation is not completed by December 1, 2020, he SHALL appear in person at the hearing.

IT IS SO ORDERED.

   Dated: **February 3, 2020**         **/s/ Jennifer L. Thurston**
                                                UNITED STATES MAGISTRATE JUDGE

Price, R [5:18-po-00264-JLT]
Stip. Modify Probation

4